**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

In re                                                                 Case No. 3:18-bk-00300-PMG

VALERIE JOYCE BARNES,

        Debtor.
_____/

## NOTICE OF SCHEDULING MEDIATION

      Pursuant to the Court's Mortgage Modification Mediation Order, this case is hereby scheduled for mediation. The Mediator selected by the parties is Jerrett M. McConnell.

1. **LOCATION:** The Mediation Conference shall begin at **3:00 p.m. EST on Thursday, October 31, 2019. The parties shall appear in person at 6100 Greenland Rd., Unit 603, Jacksonville, FL 32258 or by conference telephone on the conference line 1-712-770-4010, Pin: 614-769.** The time allotted for the Mediation is 1 hour. The Mediation shall continue until impasse, adjourned or terminated by the Mediator.

2. **ATTENDANCE:** The following persons are required to appear in person or by telephone at the Mediation session:
   - The Debtor's counsel
   - The Debtor
   - Counsel for Creditor
   - Designated Creditor's representative

3. **COMMENTS:** Please notify me at least 24 hours in advance if the parties desire to continue or cancel the scheduled mediation.

DATED: October 24, 2019.

                                                        Respectfully submitted,

                                                        */s/ Jerrett M. McConnell*

                                                        _____
                                                        JERRETT M. McCONNELL
                                                        Florida Bar #0244960
                                                        6100 Greenland Rd., Unit 603
                                                        Jacksonville, FL 32258
                                                        Phone (904) 570-9180
                                                        jmcconnell@mcconnelllawgroup.com